# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Jose Luiz Padilla,

\* From the 238th District
  Court of Midland County,
  Trial Court No. CR39017.

Vs. No. 11-13-00149-CR

\* June 13, 2013

The State of Texas,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.